IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARRICCO A. SYKES, | : | 1:13-cv-669 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| WARDEN THOMAS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**February 4, 2014**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. This action is **DISMISSED** pursuant to F.R.C.P. 41(b).

2. The Clerk of Court is directed to **CLOSE** the file on this case.

        s/ John E. Jones III
        John E. Jones III
        United States District Court